IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Patricia L. Steals | ) | Bankruptcy No. 21-20027 CMB |
| | ) | Chapter 13 |
| Debtor(s) | ) | Document No. |
| | ) | |
| Patricia L. Steals | ) | |
| | ) | |
| Movant(s) | ) | |
| | ) | |
| No Respondents | ) | |
| | ) | |
| Respondent | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on April 21, 2021, a true and correct copy of the *Amended Schedule C* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Office of the United States Trustee
Liberty Center
1001 Liberty Ave. Suite 970
Pittsburgh, Pa 15222

Served by ECF Mail:
Ronda J. Winnecour, Trustee

Date of Service: April 21, 2021        /s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Llamb@steidl-steinberg.com
PA I.D. No. 209201