Case 21-20027-CMB    Doc 37    Filed 04/27/21    Entered 04/27/21 23:49:28    Desc Main
Document   Page 1 of 4

Case 21-20027-CMB    Doc 34    Filed 04/22/21    Entered 04/22/21 11:35:12    Desc Main
Document - Service of Document with Plan    Page 1 of 1

**Form 150**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                 Bankruptcy Case No.: 21–20027–CMB

                                                           Chapter: 13
                                                           Docket No.: 37 – 34
                                                          Conciliation Conference Date: 7/15/21 at 11:30 AM

**Patricia L. Steals**
    Debtor(s)

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __27th__ day of __April__, _2021_, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

        U.S. First Class Mail

on the respondent(s) at (list names and addresses here):

        All parties listed on the attached mailing matrix.

Executed on __April 27, 2021__                  __/s/ Lauren M. Lamb__
                (Date)                                                              (Signature)

__Lauren M. Lamb, 707 Grant Street, Suite 2830, Pittsburgh, Pa 15219__
(Type Name and Mailing Address of Person Who Made Service)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 21-20027-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Tue Apr 27 12:49:54 EDT 2021 | Americredit Financial Services, Inc. Dba GM<br>Dba GM Financial<br>P.O Box 183853<br>Arlington, TX 76096-3853 | (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| AmeriCredit/GM Financial<br>Attn: Bankruptcy<br>Po Box 183853<br>Arlington, TX 76096-3853 | AmeriCredit/GM Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 | Beaver Valley Fcu<br>601 37th Street<br>Beaver Falls, PA 15010-3441 |
| Beaver Valley Fcu<br>Attn: Bankruptcy<br>601-37th St<br>Beaver Falls, PA 15010-3441 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 |
| Capital One/boscovs<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One/boscovs<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 | Cavalry SPV I, LLC<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite #200<br>Tucson, AZ 85712-1083 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | Chase Mortgage<br>Chase Records Center/Attn: Correspondenc<br>Mail Code LA4 5555  700 Kansas Ln<br>Monroe, LA 71203 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 |
| Citibank/Goodyear<br>Attn: Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citibank/Goodyear<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Commonwealth Financial Systems<br>245 Main Street<br>Scranton, PA 18519-1641 |
| Commonwealth Financial Systems<br>Attn: Bankruptcy<br>245 Main Street<br>Dickson City, PA 18519-1641 | Credit Collection Services<br>Attn: Bankruptcy<br>Po Box 773<br>Needham, MA 02494-0918 | Credit Collection Services<br>Po Box 447<br>Norwood, MA 02062-0447 |
| Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Credit One Bank<br>Po Box 98872<br>Las Vegas, NV 89193-8872 | Crown Asset Management<br>3100 Breckinridge Boulevard<br>Suite 725<br>Duluth, GA 30096-7605 |
| Demetrios H. Tsarouhis<br>21 S. 9th Street<br>Allentown, PA 18102-4861 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | Keri P. Ebeck<br>Bernstein-Burkley<br>707 Grant Street<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| First Financial Investment Fund Holdings, Ll<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | First Portfolio Ventures, LLC<br>3091 Governors Lake Drive<br>Norcross, GA 30071-1135 | Gregg Lawrence Morris, Esq.<br>501 Corporate Drive<br>Southpointe Center, Suite 205<br>Canonsburg, PA 15317-8584 |

| | | |
|---|---|---|
| Kohl's<br>Peritus Portfolio Services II, LLC<br>PO BOX 141509<br>IRVING, TX 75014-1509 | Kohls/Capital One<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201-3043 | Kohls/Capital One<br>Po Box 3115<br>Milwaukee, WI 53201-3115 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lauren M. Lamb<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor - Gulf Tower<br>Pittsburgh, PA 15219-1908 | MidFirst Bank<br>999 NorthWest Grand Boulevard<br>Oklahoma City, OK 73118-6051 |
| Midfirst Bank<br>999 NW Grand Blvd.<br>Suite 100<br>Oklahoma City, OK 73118-6051 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Midland Funding<br>320 East Big Beaver<br>Troy, MI 48083-1238 |
| Midland Funding<br>Attn: Bankruptcy<br>Po Box 939069<br>San Diego, CA 92193-9069 | Maria Miksich<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | NPRTO North-East, LLC<br>256 West Data Drive<br>Draper, UT 84020-2315 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Pressler & Pressler<br>7 Entin Road<br>Attn: Matthew Joseph Martello, Esquire<br>Parsippany, NJ 07054-5020 |
| Pressler & Pressler<br>7 Entin Road<br>Attn: Michael Robert Lapinski, Esquire<br>Parsippany, NJ 07054-5020 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Resurgent Capital Services<br>Attn: Bankruptcy<br>Pob 10497<br>Greenville, SC 29603-0497 | Resurgent Capital Services<br>C/o Resurgent Capital Services<br>Greenville, SC 29602 | Patricia L. Steals<br>1009 Hazel Ave.<br>Ambridge, PA 15003-1722 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy<br>Po Box 965064<br>Orlando, FL 32896-5064 |
| Synchrony Bank/ JC Penneys<br>Po Box 965007<br>Orlando, FL 32896-5007 | Synchrony Bank/Walmart<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 |

| | | |
|---|---|---|
| Target<br>Po Box 673<br>Minneapolis, MN 55440-0673 | Target<br>c/o Financial & Retail Services<br>Mailstop BT PO Box 9475<br>Minneapolis, MN 55440-9475 | Transworld Sys Inc/51<br>Attn: Bankruptcy<br>Po Box 15630<br>Wilmington, DE 19850-5630 |
| Transworld Sys Inc/51<br>Pob 15273<br>Wilmington, DE 19850-5273 | Tri State Adjustments, Inc.<br>dba Express Medical Pharmacy Services<br>PO Box 3219<br>La Crosse WI 54602-3219 | Tri-State Adjustments<br>3439 East Ave So.<br>La Crosse, WI 54601-7241 |
| Tri-State Adjustments<br>3439 East Avenue South<br>Po Box 3219<br>La Crosse, WI 54602-3219 | (p)US DEPARTMENT OF HOUSING & URBAN DEVELOPME<br>ATTN OFFICE OF REGIONAL COUNSEL<br>THE WANNAMAKER BUILDING<br>100 PENN SQUARE EAST--11TH FLOOR<br>PHILADELPHIA PA 19107-3325 | UPMC Health Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |
| UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | United Consumer Financial Services<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Ste. 200<br>Tucson, AZ 85712-1083 | United Consumer Financial Services<br>865 Bassett<br>Westlake, OH 44145-1194 |
| United Consumer Financial Services<br>Attn: Bankruptcy<br>865 Bassett Road<br>Westlake, OH 44145-1194 | United Consumer Financial Services<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Suite 200<br>Tucson, AZ 85712-1083 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>P O Box 183853<br>Arlington, TX 76096 | (d)Americredit Financial Services, Inc.<br>Dba GM Financial<br>P.O Box 183853<br>Arlington, TX 76096 | Portfolio Recovery<br>120 Corporate Blvd Ste 100<br>Norfolk, VA 23502 |
| (d)Portfolio Recovery<br>Attn: Bankruptcy<br>120 Corporate Blvd<br>Norfolk, VA 23502 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | U.S. Department of Housing and Urban Develop<br>The Wanamaker Building, 11th Floor<br>100 Penn Square East<br>Philadelphia, PA 19107-3380 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | (u)MIDFIRST BANK | End of Label Matrix<br>Mailable recipients    74<br>Bypassed recipients     2<br>Total                  76 |