IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Patricia L. Steals, | ) | |
| | ) | Case No. 21-20027 CMB |
| | ) | Chapter 13 |
| Social Security No. XXX-XX-8328 | ) | |
| | ) | |
| *Debtor(s)* | ) | Document No. WO-1 |
| | ) | |
| Patricia L. Steals, | ) | Related to Docket No. 38 |
| | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Elder Resource Management, LLC and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| *Respondent(s)* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 27, 2021, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Elder Resource Management, LLC
DBA Comforcare Senior Services
Attn: Payroll Dept.
4374 Murray Ave.
Pittsburgh, Pa 15217

Patricia Steals
1009 Hazel Ave.
Ambridge, PA 15003

Date of Service: April 27, 2021          /s/ Lauren M. Lamb
                                         Lauren M. Lamb, Esquire
                                         Attorney for the Debtor

                                         STEIDL & STEINBERG
                                         Suite 2830, Gulf Tower
                                         707 Grant Street
                                         Pittsburgh, PA 15219
                                         (412) 391-8000
                                         Llamb@steidl-steinberg.com
                                         PA I.D. No. 209201