IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 21-20027 CMB |
| Patricia L. Steals | : | Chapter 13 |
| Debtor | : | |
| Patricia L. Steals | : | |
| Movant | : | |
| vs. | : | |
| Midfirst Bank, | : | |
| Respondent | : | |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION TO APPROVE PERMANENT LOAN MODIFICATION WITH MIDFIRST BANK

  The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Permanent Loan Modification filed on December 6, 2021 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve Permanent Loan Modification appears thereon.  Pursuant to the Notice of Hearing, objections forMotion to Approve Permanent Loan Modification were to be filed and served no later than December 23, 2021.

  It is hereby respectfully requested that the Order attached to the Motion to Approve Permanent Loan Modification be entered by the Court.

                 Respectfully submitted,

December 27, 2021       /s/ Lauren M. Lamb
Date:            Lauren M. Lamb, Esquire
               Attorney for the Debtor
               STEIDL & STEINBERG
               2830 Gulf Tower
               707 Grant Street
               Pittsburgh, PA  15219
               (412) 391-8000
               PA I. D. No. 209201
               llamb@steidl-steinberg.com