**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 21-20027 CMB** |
| | ) | |
| **Patricia L. Steals** | ) | **Chapter 13** |
| | ) | |
| **Debtor(s).** | ) | |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❏    a motion to dismiss case or certificate of default requesting dismissal

☒    a plan modification sought by: Debtor in order to address loan modification terms.

❏    a motion to lift stay
as to creditor _____

❏    Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated April 20, 2021
Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Debtor(s) Plan payments shall be changed from $1374.000 to $1075.00

effective January 2022.                              .

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:

1. Midfirst Bank will be paid $461.02 per month effective November 2021 as per the Order of Court dated December 27, 2021.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 13th day of January, 2022

*Carlota M. Böhm*    glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
1/13/22 9:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:

/s/ Lauren M. Lamb
Counsel to Debtor

Stipulated by:

/s/ Owen Katz
Counsel to Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 21-20027-CMB
Patricia L. Steals | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 4
Date Rcvd: Jan 13, 2022     Form ID: pdf900     Total Noticed: 69

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia L. Steals, 1009 Hazel Ave., Ambridge, PA 15003-1722 |
| cr | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite #200, Tucson, AZ 85712-1083 |
| 15327246 | + | Beaver Valley Fcu, 601 37th Street, Beaver Falls, PA 15010-3441 |
| 15327247 | + | Beaver Valley Fcu, Attn: Bankruptcy, 601-37th St, Beaver Falls, PA 15010-3441 |
| 15327266 | + | Demetrios H. Tsarouhis, 21 S. 9th Street, Allentown, PA 18102-4861 |
| 15327267 | + | First Portfolio Ventures, LLC, 3091 Governors Lake Drive, Norcross, GA 30071-1135 |
| 15327268 | + | Gregg Lawrence Morris, Esq., 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 15327287 | + | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15327286 | + | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15334048 | + | Tri State Adjustments, Inc., dba Express Medical Pharmacy Services, PO Box 3219, La Crosse WI 54602-3219 |
| 15327290 | + | Tri-State Adjustments, 3439 East Ave So., La Crosse, WI 54601-7241 |
| 15327291 | + | Tri-State Adjustments, 3439 East Avenue South, Po Box 3219, La Crosse, WI 54602-3219 |
| 15338160 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15338137 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 13 2022 18:36:00 | Americredit Financial Services, Inc. Dba GM Finan, Dba GM Financial, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 13 2022 18:42:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: bnc@bass-associates.com | Jan 13 2022 18:36:00 | United Consumer Financial Services, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Ste. 200, Tucson, AZ 85712-1083 |
| 15338645 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 13 2022 18:36:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15327245 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 13 2022 18:36:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15327244 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 13 2022 18:36:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15327250 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 13 2022 18:42:43 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15327248 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 13 2022 18:42:42 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15327252 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 13 2022 18:42:42 | Capital One/boscovs, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15327253 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 13 2022 18:42:52 | Capital One/boscovs, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

Case 21-20027-CMB    Doc 54    Filed 01/15/22    Entered 01/18/22 09:04:21    Desc Imaged
Certificate of Notice    Page 6 of 8

| District/off: 0315-2 | User: gamr | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 13, 2022 | Form ID: pdf900 | Total Noticed: 69 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15349089 | + | Email/Text: bankruptcy@cavps.com | Jan 13 2022 18:36:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15347760 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2022 18:42:55 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15327256 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2022 18:42:55 | Citibank/Goodyear, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15327255 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2022 18:43:04 | Citibank/Goodyear, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15327259 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Jan 13 2022 18:36:00 | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 15327257 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Jan 13 2022 18:36:00 | Commonwealth Financial Systems, 245 Main Street, Scranton, PA 18519-1641 |
| 15327262 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 13 2022 18:36:00 | Credit Collection Services, Attn: Bankruptcy, Po Box 773, Needham, MA 02494-0918 |
| 15327261 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 13 2022 18:36:00 | Credit Collection Services, Po Box 447, Norwood, MA 02062-0447 |
| 15327264 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 13 2022 18:42:44 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15327263 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 13 2022 18:42:44 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15327265 | + | Email/Text: kthompson@crownasset.com | Jan 13 2022 18:36:00 | Crown Asset Management, 3100 Breckinridge Boulevard, Suite 725, Duluth, GA 30096-7605 |
| 15348899 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 13 2022 18:36:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15342715 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 13 2022 18:36:00 | First Financial Investment Fund Holdings, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15327254 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 13 2022 18:42:51 | Chase Mortgage, Chase Records Center/Attn: Correspondenc, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203 |
| 15344370 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 13 2022 18:36:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 15327270 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 13 2022 18:36:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15327269 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 13 2022 18:36:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15335118 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2022 18:42:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15351594 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 13 2022 18:42:42 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15327271 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 13 2022 18:43:01 | Midfirst Bank, 999 NW Grand Blvd., Suite 100, Oklahoma City, OK 73118-6051 |
| 15332648 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 13 2022 18:36:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15327272 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 13 2022 18:36:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15327273 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 13 2022 18:36:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15337904 | + | Email/Text: ecfbankruptcy@progleasing.com | Jan 13 2022 18:36:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |

Case 21-20027-CMB    Doc 54    Filed 01/15/22    Entered 01/18/22 09:04:21    Desc Imaged
Certificate of Notice    Page 7 of 8

| District/off: 0315-2 | User: gamr | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 13, 2022 | Form ID: pdf900 | Total Noticed: 69 |

| Recipient ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 15327274 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 13 2022 18:42:52 | | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15327275 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 13 2022 18:43:03 | | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 15346214 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 13 2022 18:42:43 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15327276 | Email/Text: signed.order@pfwattorneys.com | Jan 13 2022 18:36:00 | Pressler & Pressler, 7 Entin Road, Attn: Matthew Joseph Martello, Esquire, Parsippany, NJ 07054 |
| 15327277 | Email/Text: signed.order@pfwattorneys.com | Jan 13 2022 18:36:00 | Pressler & Pressler, 7 Entin Road, Attn: Michael Robert Lapinski, Esquire, Parsippany, NJ 07054 |
| 15333121 | Email/Text: bnc-quantum@quantum3group.com | Jan 13 2022 18:36:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15333020 | Email/Text: bnc-quantum@quantum3group.com | Jan 13 2022 18:36:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15327280 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2022 18:42:46 | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 15327278 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2022 18:43:04 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15342681 | + Email/PDF: gecsedi@recoverycorp.com | Jan 13 2022 18:42:59 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15327629 | + Email/PDF: gecsedi@recoverycorp.com | Jan 13 2022 18:42:50 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15327283 | + Email/PDF: gecsedi@recoverycorp.com | Jan 13 2022 18:42:41 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15327282 | + Email/PDF: gecsedi@recoverycorp.com | Jan 13 2022 18:42:50 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 15327285 | + Email/PDF: gecsedi@recoverycorp.com | Jan 13 2022 18:42:50 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15327284 | + Email/PDF: gecsedi@recoverycorp.com | Jan 13 2022 18:42:50 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15327289 | + Email/Text: bankruptcydepartment@tsico.com | Jan 13 2022 18:36:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15327288 | + Email/Text: bankruptcydepartment@tsico.com | Jan 13 2022 18:36:00 | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 15329285 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 13 2022 18:42:42 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107-3380 |
| 15327292 | + Email/Text: EBankruptcy@UCFS.NET | Jan 13 2022 18:37:00 | United Consumer Financial Services, 865 Bassett, Westlake, OH 44145-1194 |
| 15327293 | + Email/Text: EBankruptcy@UCFS.NET | Jan 13 2022 18:37:00 | United Consumer Financial Services, Attn: Bankruptcy, 865 Bassett Road, Westlake, OH 44145-1194 |
| 15350483 | + Email/Text: bnc@bass-associates.com | Jan 13 2022 18:36:00 | United Consumer Financial Services, Bass & Associates, P.C., 3936 E. Ft. Lowell Suite 200, Tucson, AZ 85712-1083 |

TOTAL: 55

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15345778 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15327251 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15327249 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15327260 | *+ | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 15327258 | *+ | Commonwealth Financial Systems, 245 Main Street, Scranton, PA 18519-1641 |
| 15327281 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 15327279 | * | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |

TOTAL: 1 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Lauren M. Lamb | on behalf of Debtor Patricia L. Steals julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor MIDFIRST BANK mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5