IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Patricia L. Steals, ) | |
| ) | Case No. 21-20027 CMB |
| ) | Chapter 13 |
| Social Security No. XXX-XX-8328 ) | |
| ) | Related to: Document No. 55 |
| *Debtor(s)* ) | |
| ) | |
| Patricia L. Steals, ) | |
| ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| Elder Resource Management, LLC and ) | |
| Ronda J. Winnecour, Trustee, ) | |
| ) | |
| *Respondent(s)* ) | |

## ORDER OF COURT

AND NOW, to wit, this  9th  day of  March , 2022, it is hereby

ORDERED, ADJUDGED, and DECREED, that the wage attachment affecting the wages of

Patricia L. Steals be terminated immediately.

Employer:

Elder Resource Management, LLC
DBA Comforcare Senior Services
Attn: Payroll Dept.
4374 Murray Ave.
Pittsburgh, Pa 15217

*Carlota M. Böhm* glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
3/9/22 9:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-20027-CMB |
| Patricia L. Steals | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 09, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia L. Steals, 1009 Hazel Ave., Ambridge, PA 15003-1722 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2022         Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Lauren M. Lamb | on behalf of Debtor Patricia L. Steals julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor MIDFIRST BANK mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Mar 09, 2022 Form ID: pdf900 Total Noticed: 1
TOTAL: 5