IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Patricia L. Steals, | ) |
| | )  Case No. 21-20027 CMB |
| | )  Chapter 13 |
| Social Security No. XXX-XX-8328 | ) |
| | ) |
|     *Debtor(s)* | )  Document No. WO-1 |
| | ) |
| Patricia L. Steals, | ) |
| | )  Related to Docket No. 58 |
|     *Movant* | ) |
| | ) |
|     *vs.* | ) |
| | ) |
| Patriot Home Care and | ) |
| Ronda J. Winnecour, Trustee, | ) |
| | ) |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on March 14, 2022, a true and correct copy of the *Order to Pay Trustee along with the Notification of Debtor's Social Security Number* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Patriot Home Care
Attn: Payroll Dept.
1225 7th Ave.
Beaver Falls, Pa 15010

Served by ECF Mail:
Ronda J. Winnecour, Trustee

Patricia Steals
1009 Hazel Ave.
Ambridge, PA 15003

Date of Service: March 14, 2022

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
llamb@steidl-steinberg.com
PA I.D. No. 209201