# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

09/22/2023

IN RE:

| | |
|---|---|
| PATRICIA L. STEALS | Case No.21-20027 CMB |
| 1009 HAZEL AVE. | |
| AMBRIDGE, PA 15003 | Chapter 13 |
| XXX-XX-8328          Debtor(s) | |

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

---

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/22/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1   INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 4978 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  TJX/PRAE | |

| | | |
|---|---|---|
| **BERNSTEIN BURKLEY PC** | Trustee Claim Number:2   INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 601 GRANT ST - 9TH FL | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  DUQ LITE/PRAE | |

| | | |
|---|---|---|
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI** | Trustee Claim Number:3   INT %:  6.00% | CRED DESC:  VEHICLE |
| PO BOX 183853 | Court Claim Number:15 | ACCOUNT NO.: 1784 |
| | CLAIM:  20,410.09 | |
| ARLINGTON, TX  76096 | COMMENT:  $CL-PL@6%/PL*11.74%/FACE | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT FOR CROWN** | Trustee Claim Number:4   INT %:  6.00% | CRED DESC:  UNSECURED   (S) |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:7 | ACCOUNT NO.: 0429 |
| PO BOX 2489 | | |
| | CLAIM:  876.26 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  1,717.33@6%/PL@SEC~33.20MO*CROWN ASSET MGMT/PL*COMENITY BANK/AVEN | |

| | | |
|---|---|---|
| **FIRST FINANCIAL INVESTMENT FUNDS HOLDIN** | Trustee Claim Number:5   INT %:  6.00% | CRED DESC:  UNSECURED   (S) |
| C/O JEFFERSON CAPITAL SYST LLC*-ASSIGNEE | Court Claim Number:17 | ACCOUNT NO.: 0293 |
| PO BOX 772813 | | |
| | CLAIM:  2,251.77 | |
| CHICAGO, IL  60677-2813 | COMMENT:  REF 3588532607*2,233.52@6%@SEC/PL~43.18MO*FIRST PORTFOLIO VENTURES/I | |

| | | |
|---|---|---|
| **MIDFIRST BANK SSB*** | Trustee Claim Number:6   INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| ATTN BANKRUPTCY TRUSTEE PMTS* | Court Claim Number:28 | ACCOUNT NO.: 1795 |
| 999 NW GRAND BLVD STE 100 | | |
| | CLAIM:  4,067.74 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  LOAN MOD @ 50*$43,364.36/CL | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:7   INT %:  6.00% | CRED DESC:  SECURED CREDITOR |
| PO BOX 965024 | Court Claim Number: | ACCOUNT NO.: 2060 |
| | CLAIM:  1,774.11 | |
| ORLANDO, FL  32896 | COMMENT:  $@6%/PL~34.30MO*WALMART/SCH | |

| | | |
|---|---|---|
| **US DEPARTMENT OF HUD**++** | Trustee Claim Number:8   INT %:  0.00% | CRED DESC:  MORTGAGE PAID IN FULL |
| 2401 NW 23RD ST STE 1A1 | Court Claim Number:1 | ACCOUNT NO.: 9038 |
| | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73107 | COMMENT:  NOT DUE/CONF*$0/PL*$6,647.71=CL*PMT NT STD/CL | |

| | | |
|---|---|---|
| **TSAROUSHIS LAW GROUP** | Trustee Claim Number:9   INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 21 S 9TH ST | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| ALLENTOWN, PA  18102 | COMMENT: | |

| | | |
|---|---|---|
| **PATENAUDE AND FELIX APC** | Trustee Claim Number:10  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 9619 CHESAPEAKE DR STE 300 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| SAN DIEGO, CA  92123 | COMMENT: | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **PRESSLER FELT & WARSHAW LLP** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 7 ENTIN RD | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PARSIPPANY, NJ  07054-5020 | COMMENT: | |

| | | |
|---|---|---|
| **BEAVER VALLEY FCU\*** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 71 BRIDGE ST\* | Court Claim Number: | ACCOUNT NO.:  2560 |
| | CLAIM:  0.00 | |
| BRIDGEWATER, PA  15009 | COMMENT: | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:25 | ACCOUNT NO.:  8640 |
| PO BOX 10587 | | |
| | CLAIM:  3,393.42 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CAP 1 | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT FOR CROWN** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:19 | ACCOUNT NO.:  7940 |
| PO BOX 2489 | | |
| | CLAIM:  819.26 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  X2852/SCH\*COMENITY CAP\*BOSCOVS | |

| | | |
|---|---|---|
| **CITIBANK NA\*\*** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 6716 GRADE LN BLDG 9 STE 910-PY DEPT | Court Claim Number:23 | ACCOUNT NO.:  4958 |
| | CLAIM:  456.76 | |
| LOUISVILLE, KY  40213-3439 | COMMENT:  GOODYEAR | |

| | | |
|---|---|---|
| **COLUMBIA GAS OF PA INC(\*)** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 117 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  48216-0117 | COMMENT: | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT FOR CROWN** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:21 | ACCOUNT NO.:  8417 |
| PO BOX 2489 | | |
| | CLAIM:  1,182.55 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  X7788/SCH\*COMENITY\*BIG LOTS | |

| | | |
|---|---|---|
| **COMENITY BANK** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 182272 | Court Claim Number: | ACCOUNT NO.:  5780 |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43218 | COMMENT:  NT ADR~BIG LOTS/SCH | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT FOR CROWN** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:8 | ACCOUNT NO.:  2632 |
| PO BOX 2489 | | |
| | CLAIM:  1,257.12 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  X6970/SCH\*COMENITY BANK/LANE BRYANT | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT FOR CROWN** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:20 | ACCOUNT NO.:  5584 |
| PO BOX 2489 | | |
| | CLAIM:  590.91 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  X5780/SCH\*COMENITY CAPTL BANK\*MY PLACE REWARDS | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT FOR CF MEDI(** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:5 | ACCOUNT NO.:  741P |
| PO BOX 2489 | | |
| | CLAIM:  1,505.00 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  X19N1/SCH*NORTHSTAR ANESTHESIA*SVH | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT FOR CF MEDI(** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:6 | ACCOUNT NO.:  741A |
| PO BOX 2489 | | |
| | CLAIM:  1,435.50 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  X17N1/SCH*NORTHSTAR ANESTHESIA*SVH | |

| | | |
|---|---|---|
| **CREDIT COLLECTION SERVICE** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 773 | Court Claim Number: | ACCOUNT NO.:  0277 |
| | CLAIM:  0.00 | |
| NEEDHAM, MA  02494 | COMMENT:  QUEST DGNSTCS/SCH | |

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY(*)** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN. LITIGATION COUNSEL | Court Claim Number:24 | ACCOUNT NO.:  3258 |
| 411 SEVENTH AVE | | |
| MAIL DROP 16-1 | CLAIM:  1,826.72 | |
| PITTSBURGH, PA  15219 | COMMENT: | |

| | | |
|---|---|---|
| **FIRST BANK & TRUST** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 700 22ND AVE S | Court Claim Number: | ACCOUNT NO.:  0100 |
| | CLAIM:  0.00 | |
| BROOKINGS, SD  57006 | COMMENT: | |

| | | |
|---|---|---|
| **BANK OF NEW YORK MELLON** | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 500 ROSS ST RM 3905 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15258 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **KOHLS** | Trustee Claim Number:27  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PERITUS PORTFOLIO SERVICES II LLC | Court Claim Number:18 | ACCOUNT NO.:  0339 |
| PO BOX 141509 | | |
| | CLAIM:  552.66 | |
| IRVING, TX  75014 | COMMENT:  CAP 1 | |

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:28  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O MIDLAND MANAGEMENT INC - AGNT MIDLA( | Court Claim Number:2 | ACCOUNT NO.:  4978 |
| PO BOX 2037 | | |
| | CLAIM:  1,160.89 | |
| WARREN, MI  48090 | COMMENT:  X8616/SCH*SYNC BANK*TJX | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:29  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:22 | ACCOUNT NO.:  0375 |
| | CLAIM:  5,336.65 | |
| NORFOLK, VA  23541 | COMMENT:  SYNC BANK | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:30  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:11 | ACCOUNT NO.:  6853 |
| PO BOX 10587 | | |
| | CLAIM:  1,451.69 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  SYNC BANK*ASHLEY HOME | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:10 | ACCOUNT NO.:  6466 |
| PO BOX 10587 | | |
| | CLAIM:  827.06 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CREDIT ONE | |

| | | |
|---|---|---|
| **SYNCHRONY BANK BY AIS INFOSOURCE LP AS** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| DEPT 888 PO BOX 4457 | Court Claim Number:16 | ACCOUNT NO.:  4517 |
| | CLAIM:  891.88 | |
| HOUSTON, TX  77210-4457 | COMMENT:  SYNCHRONY*JCP | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  6045 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  NT ADR~TOYS R US/SCH | |

| | | |
|---|---|---|
| **TARGET** | Trustee Claim Number:34  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 660170 | Court Claim Number: | ACCOUNT NO.:  0455 |
| | CLAIM:  0.00 | |
| DALLAS, TX  75266 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **TRANSWORLD SYSTEMS** | Trustee Claim Number:35  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15618 | Court Claim Number: | ACCOUNT NO.:  4092 |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19850 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **TRI STATE ADJUSTMENTS INC** | Trustee Claim Number:36  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 3439 EAST AVE S | Court Claim Number:9 | ACCOUNT NO.:  319P |
| PO BOX 3219 | | |
| | CLAIM:  267.88 | |
| LA CROSSE, WI  54602-3219 | COMMENT:  EXPRESS MEDICAL PHARMACY | |

| | | |
|---|---|---|
| **UNITED CONSUMER FINANCIAL SERV** | Trustee Claim Number:37  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O BASS & ASSOCIATES PC* | Court Claim Number:27 | ACCOUNT NO.:  2399 |
| 3936 E FT LOWELL RD STE 200 | | |
| | CLAIM:  1,592.77 | |
| TUCSON, AZ  85712 | COMMENT:  PETLAND | |

| | | |
|---|---|---|
| **BASS & ASSOCIATES PC*** | Trustee Claim Number:38  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 3936 E FT LOWELL STE 200 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| TUCSON, AZ  85712 | COMMENT:  UNITED CONSUMER/PRAE | |

| | | |
|---|---|---|
| **UPMC HEALTH SERVICES** | Trustee Claim Number:39  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:14 | ACCOUNT NO.:  8328 |
| PO BOX 1123 | | |
| | CLAIM:  308.30 | |
| MINNEAPOLIS, MN  55440 | COMMENT:  NT/SCH*MAGEE | |

| | | |
|---|---|---|
| **UPMC PHYSICIAN SERVICES** | Trustee Claim Number:40  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:13 | ACCOUNT NO.:  8328 |
| PO BOX 1123 | | |
| | CLAIM:  118.30 | |
| MINNEAPOLIS, MN  55440 | COMMENT:  NT/SCH*UNIV OF PGH PHYSICIANS | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT FOR CF MEDI** | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:4 | ACCOUNT NO.:  2997 |
| PO BOX 2489 | | |
| | CLAIM:  246.35 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  NT/SCH*HERITAGE VALLEY HEALTH | |
| **QUANTUM3 GROUP LLC - AGENT FOR CF MEDI** | Trustee Claim Number:42  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:3 | ACCOUNT NO.:  6546 |
| PO BOX 2489 | | |
| | CLAIM:  58.49 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  NT/SCH*HERITAGE VALLEY HEALTH | |
| **QUANTUM3 GROUP LLC - AGENT FOR CROWN** | Trustee Claim Number:43  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number: | ACCOUNT NO.:  0429 |
| PO BOX 2489 | | |
| | CLAIM:  0.00 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  CLM@CID 4*DK | |
| **NPRTO NORTH-EAST LLC** | Trustee Claim Number:44  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| LB 1059 PROGRESSIVE LEASING LLC | Court Claim Number:12 | ACCOUNT NO.:  7981 |
| PO BOX 35146 | | |
| | CLAIM:  1,203.78 | |
| SEATTLE, WA  98124 | COMMENT:  NT/SCH | |
| **KML LAW GROUP PC*** | Trustee Claim Number:45  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  MIDFIRST BANK/PRAE | |
| **MIDFIRST BANK SSB*** | Trustee Claim Number:46  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| ATTN BANKRUPTCY TRUSTEE PMTS* | Court Claim Number:28 | ACCOUNT NO.:  1795 |
| 999 NW GRAND BLVD STE 100 | | |
| | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  LOAN MOD @ 50*$5,472.87/CL | |
| **BASS & ASSOCIATES PC*** | Trustee Claim Number:47  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 3936 E FT LOWELL STE 200 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| TUCSON, AZ  85712 | COMMENT:  CAVALRY SPV/PRAE | |
| **CAVALRY SPV I LLC - ASSIGNEE(*)** | Trustee Claim Number:48  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O CAVALRY PORTFOLIO SERVICES LLC* | Court Claim Number:26 | ACCOUNT NO.:  9460 |
| PO BOX 27288 | | |
| | CLAIM:  755.26 | |
| TEMPE, AZ  85282 | COMMENT:  NT/SCH*CAPITAL ONE/MAURICES | |
| **FIRST FINANCIAL INVESTMENT FUNDS HOLDIN** | Trustee Claim Number:49  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O JEFFERSON CAPITAL SYST LLC*-ASSIGNEE | Court Claim Number: | ACCOUNT NO.:  0293 |
| PO BOX 772813 | | |
| | CLAIM:  0.00 | |
| CHICAGO, IL  60677-2813 | COMMENT:  CLM@CID 5*DK | |
| **MIDFIRST BANK SSB*** | Trustee Claim Number:50  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| ATTN BANKRUPTCY TRUSTEE PMTS* | Court Claim Number:28-2 | ACCOUNT NO.:  1795 |
| 999 NW GRAND BLVD STE 100 | | |
| | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  PMT/DECL*DK4LMT*LOAN MOD BGN 11/21*AMD | |