**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Patricia L. Steals** | ) |
| | )    **Case No. 21-20027-CMB** |
| | ) |
| | )    **Chapter 13** |
| Debtor(s). | ) |
| | X |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒    a motion to dismiss case or certificate of default requesting dismissal

☐    a plan modification sought by:  _____ _____

☐    a motion to lift stay
as to creditor    _____

☐    Other:    _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated ___4/20/21_____

is modified as follows:

--

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***

☒     Debtor(s) Plan payments shall be changed from $1075 to $1154 per <u>month,</u> effective 11/23; and/or the Plan term shall be changed from ___ months to ____ months.           .

☐     In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and  serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐     Debtor(s) shall file and serve _____ on or before _____.

☐     If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐     If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒     Other:

☐  Trustee's Certificate of Default (at Doc 66) is treated as resolved by this Order.

☐  *All plan payments must be by TFS, WA, or (where eligible) ACH. Trustee reserves the right to reject money orders or cashier's checks, provided further that if she, in her discretion, presents such items for payments she may keep the funds on hold for more than 30 days before distributing on such types of payments. Debtors making payments by money order or cashier's check assume the risk that distributions under the plan will be delayed because of the failure to pay by one of the approved methods.*

--

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a de novo hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.  The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

--

**SO ORDERED**, this 27th day of ____October____, 2023

United States Bankruptcy Judge    **dmr**


Stipulated by:                          Stipulated by:

/s/Lauren M. Lamb, Esq.                 /s/Kate DeSimone
Counsel to Debtor                       Counsel to Chapter 13 Trustee


Stipulated by:                          FILED
                                        10/27/23 4:46 pm
_____        CLERK
Counsel to affected creditor            U.S. BANKRUPTCY
                                        COURT - WDPA

cc:   All Parties in Interest to be served by Clerk


--

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                        Case No. 21-20027-CMB

Patricia L. Steals                                                                                      Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Oct 27, 2023 | Form ID: pdf900 | Total Noticed: 69 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia L. Steals, 1009 Hazel Ave., Ambridge, PA 15003-1722 |
| 15327246 | + | Beaver Valley Fcu, 601 37th Street, Beaver Falls, PA 15010-3441 |
| 15327247 | + | Beaver Valley Fcu, Attn: Bankruptcy, 601-37th St, Beaver Falls, PA 15010-3441 |
| 15327266 | + | Demetrios H. Tsarouhis, 21 S. 9th Street, Allentown, PA 18102-4861 |
| 15327268 | + | Gregg Lawrence Morris, Esq., 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 28 2023 00:03:00 | Americredit Financial Services, Inc. Dba GM Finan, Dba GM Financial, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: bnc@bass-associates.com | Oct 28 2023 00:03:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite #200, Tucson, AZ 85712-1083 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Oct 28 2023 00:02:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Oct 28 2023 00:02:21 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bnc@bass-associates.com | Oct 28 2023 00:03:00 | United Consumer Financial Services, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Ste. 200, Tucson, AZ 85712-1083 |
| 15338645 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 28 2023 00:03:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15327245 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 28 2023 00:03:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15327244 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 28 2023 00:03:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15327250 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 28 2023 00:01:40 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15327248 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 28 2023 00:14:10 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15327252 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 28 2023 00:02:49 | Capital One/boscovs, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15327253 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 28 2023 00:02:19 | Capital One/boscovs, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15349089 | + | Email/Text: bankruptcy@cavps.com | | |

District/off: 0315-2                          User: auto                                   Page 2 of 5
Date Rcvd: Oct 27, 2023                       Form ID: pdf900                      Total Noticed: 69

| | | | |
|---|---|---|---|
| | | Oct 28 2023 00:04:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15347760 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Oct 28 2023 00:14:18 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15327256 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Oct 28 2023 00:02:48 | Citibank/Goodyear, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15327255 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Oct 28 2023 00:13:44 | Citibank/Goodyear, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15327259 | + | Email/Text: commonwealth@ebn.phinsolutions.com | |
| | | Oct 28 2023 00:03:00 | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 15327257 | + | Email/Text: commonwealth@ebn.phinsolutions.com | |
| | | Oct 28 2023 00:03:00 | Commonwealth Financial Systems, 245 Main Street, Scranton, PA 18519-1641 |
| 15327262 | + | Email/Text: bankruptcy_notifications@ccsusa.com | |
| | | Oct 28 2023 00:04:00 | Credit Collection Services, Attn: Bankruptcy, Po Box 773, Needham, MA 02494-0918 |
| 15327261 | + | Email/Text: bankruptcy_notifications@ccsusa.com | |
| | | Oct 28 2023 00:04:00 | Credit Collection Services, Po Box 447, Norwood, MA 02062-0447 |
| 15327264 | + | Email/PDF: creditonebnknotifications@resurgent.com | |
| | | Oct 28 2023 00:02:49 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15327263 | + | Email/PDF: creditonebnknotifications@resurgent.com | |
| | | Oct 28 2023 00:01:50 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15327265 | + | Email/Text: bankruptcies@crownasset.com | |
| | | Oct 28 2023 00:03:00 | Crown Asset Management, 3100 Breckinridge Boulevard, Suite 725, Duluth, GA 30096-7605 |
| 15348899 | + | Email/Text: kburkley@bernsteinlaw.com | |
| | | Oct 28 2023 00:04:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15342715 | + | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Oct 28 2023 00:04:00 | First Financial Investment Fund Holdings, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15327267 | ^ | MEBN | |
| | | Oct 27 2023 23:57:37 | First Portfolio Ventures, LLC, 3091 Governors Lake Drive, Norcross, GA 30071-1135 |
| 15327254 | | Email/PDF: ais.chase.ebn@aisinfo.com | |
| | | Oct 28 2023 00:02:41 | Chase Mortgage, Chase Records Center/Attn: Correspondenc, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203 |
| 15344370 | + | Email/Text: PBNCNotifications@peritusservices.com | |
| | | Oct 28 2023 00:03:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 15327270 | + | Email/Text: PBNCNotifications@peritusservices.com | |
| | | Oct 28 2023 00:03:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15327269 | + | Email/Text: PBNCNotifications@peritusservices.com | |
| | | Oct 28 2023 00:03:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15335118 | | Email/PDF: resurgentbnknotifications@resurgent.com | |
| | | Oct 28 2023 00:02:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15351594 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | |
| | | Oct 28 2023 00:02:14 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15327271 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | |
| | | Oct 28 2023 00:14:17 | Midfirst Bank, 999 NW Grand Blvd., Suite 100, Oklahoma City, OK 73118-6051 |
| 15332648 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Oct 28 2023 00:04:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15327272 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Oct 28 2023 00:04:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15327273 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Oct 28 2023 00:04:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |

District/off: 0315-2                                     User: auto                                          Page 3 of 5
Date Rcvd: Oct 27, 2023                                Form ID: pdf900                              Total Noticed: 69

| | | | |
|---|---|---|---|
| 15337904 | + Email/Text: ecfbankruptcy@progleasing.com | Oct 28 2023 00:04:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 15327274 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2023 00:02:44 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15327275 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2023 00:13:46 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 15346214 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2023 00:02:46 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15327276 | Email/Text: signed.order@pfwattorneys.com | Oct 28 2023 00:03:00 | Pressler & Pressler, 7 Entin Road, Attn: Matthew Joseph Martello, Esquire, Parsippany, NJ 07054 |
| 15327277 | Email/Text: signed.order@pfwattorneys.com | Oct 28 2023 00:03:00 | Pressler & Pressler, 7 Entin Road, Attn: Michael Robert Lapinski, Esquire, Parsippany, NJ 07054 |
| 15333121 | Email/Text: bnc-quantum@quantum3group.com | Oct 28 2023 00:04:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15333020 | Email/Text: bnc-quantum@quantum3group.com | Oct 28 2023 00:04:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15327280 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2023 00:02:19 | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 15327278 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2023 00:02:19 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15327629 | + Email/PDF: ebn_ais@aisinfo.com | Oct 28 2023 00:14:05 | Synchrony Bank, by AIS InfoSource as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15327283 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2023 00:01:50 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15327282 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2023 00:13:51 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 15327285 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2023 00:13:45 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15327284 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2023 00:14:07 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15327287 | + Email/Text: bncmail@w-legal.com | Oct 28 2023 00:03:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15327286 | + Email/Text: bncmail@w-legal.com | Oct 28 2023 00:03:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15327289 | + Email/Text: bankruptcydepartment@tsico.com | Oct 28 2023 00:04:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15327288 | + Email/Text: bankruptcydepartment@tsico.com | Oct 28 2023 00:04:00 | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 15334048 | + Email/Text: rhonda@wecollectmore.com | Oct 28 2023 00:03:00 | Tri State Adjustments, Inc., dba Express Medical Pharmacy Services, PO Box 3219, La Crosse WI 54602-3219 |
| 15327291 | + Email/Text: rhonda@wecollectmore.com | Oct 28 2023 00:03:00 | Tri-State Adjustments, 3439 East Avenue South, Po Box 3219, La Crosse, WI 54602-3219 |
| 15327290 | + Email/Text: rhonda@wecollectmore.com | Oct 28 2023 00:03:00 | Tri-State Adjustments, 3439 East Ave So., La Crosse, WI 54601-7241 |
| 15338160 | Email/Text: BNCnotices@dcmservices.com | Oct 28 2023 00:03:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15338137 | Email/Text: BNCnotices@dcmservices.com | Oct 28 2023 00:03:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15329285 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |

District/off: 0315-2 | User: auto | Page 4 of 5
Date Rcvd: Oct 27, 2023 | Form ID: pdf900 | Total Noticed: 69

| | | Oct 28 2023 00:02:14 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107-3380 |
|---|---|---|---|
| 15327292 | + Email/Text: EBankruptcy@UCFS.NET | Oct 28 2023 00:04:00 | United Consumer Financial Services, 865 Bassett, Westlake, OH 44145-1194 |
| 15327293 | + Email/Text: EBankruptcy@UCFS.NET | Oct 28 2023 00:04:00 | United Consumer Financial Services, Attn: Bankruptcy, 865 Bassett Road, Westlake, OH 44145-1194 |
| 15350483 | + Email/Text: bnc@bass-associates.com | Oct 28 2023 00:03:00 | United Consumer Financial Services, Bass & Associates, P.C., 3936 E. Ft. Lowell Suite 200, Tucson, AZ 85712-1083 |

TOTAL: 64

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15345778 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15327251 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15327249 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15327260 | *+ | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 15327258 | *+ | Commonwealth Financial Systems, 245 Main Street, Scranton, PA 18519-1641 |
| 15327281 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 15327279 | * | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15342681 | *+ | Synchrony Bank, by AIS InfoSource as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2023 | Signature: | /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Lauren M. Lamb | on behalf of Debtor Patricia L. Steals julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; |

District/off: 0315-2

Date Rcvd: Oct 27, 2023

User: auto

Form ID: pdf900

Page 5 of 5

Total Noticed: 69

rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Maria Miksich

on behalf of Creditor MIDFIRST BANK mmiksich@kmllawgroup.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 6