| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | **PATRICIA L. STEALS** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number | 21-20027CMB |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made    12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

### Part 1:  Mortgage Information

**Name of claim holder:** MIDFIRST BANK SSB*

**Court claim no.** (if known): 28-2

**Last 4 digits** of any number you use to identify the debtor's account:  1  7  9  5

**Property Address:** 1009 HAZEL AVE
Number      Street

AMBRIDGE                    PA    15003
City                        State   ZIP Code

### Part 2:  Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:  Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ -0- |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ -0- |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ -0- |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ 28,551.78

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on <u>March 2026</u>. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Ronda J. Winnecour
Signature

Date 02/02/2026

Trustee: Ronda J. Winnecour
First Name    Middle Name    Last Name

Address: CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
Number    Street

PITTSBURGH        PA    15219
City                State    ZIP Code

Contact phone (412) 471-5566        Email cmecf@chapter13trusteewdpa.com

| Debtor 1 | **STEALS** | | Case Number **21-20027CMB** | Page 1 |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 28 | MIDFIRST BANK SSB* | 04/26/2021 | 1194925 | Amounts Disbursed To Creditor | 1,434.38 |
| 28 | MIDFIRST BANK SSB* | 05/25/2021 | 1198048 | Amounts Disbursed To Creditor | 430.46 |
| 28 | MIDFIRST BANK SSB* | 06/25/2021 | 1201233 | Amounts Disbursed To Creditor | 461.04 |
| 28 | MIDFIRST BANK SSB* | 07/26/2021 | 1204435 | Amounts Disbursed To Creditor | 483.27 |
| 28 | MIDFIRST BANK SSB* | 08/26/2021 | 1207557 | Amounts Disbursed To Creditor | 752.83 |
| 28 | MIDFIRST BANK SSB* | 09/24/2021 | 1210676 | Amounts Disbursed To Creditor | 505.76 |
| 28 | MIDFIRST BANK SSB* | 10/25/2021 | 1213748 | Amounts Disbursed To Creditor | 498.35 |
| 28 | MIDFIRST BANK SSB* | 11/22/2021 | 1216783 | Amounts Disbursed To Creditor | 249.87 |
| 28 | MIDFIRST BANK SSB* | 12/23/2021 | 1219858 | Amounts Disbursed To Creditor | 250.18 |
| 28 | MIDFIRST BANK SSB* | 12/30/2021 | 0000000 | Reallocation Of Principal | -998.40 |
| | | | | Total for Claim Number 28: | 4,067.74 |
| 28-2 | MIDFIRST BANK SSB* | 12/30/2021 | 0000000 | Reallocation Of Continuing Debt | 998.40 |
| 28-2 | MIDFIRST BANK SSB* | 01/26/2022 | 1222919 | Amounts Disbursed To Creditor | 377.52 |
| 28-2 | MIDFIRST BANK SSB* | 02/23/2022 | 1225795 | Amounts Disbursed To Creditor | 320.89 |
| 28-2 | MIDFIRST BANK SSB* | 03/25/2022 | 1228754 | Amounts Disbursed To Creditor | 325.21 |
| 28-2 | MIDFIRST BANK SSB* | 04/26/2022 | 1231798 | Amounts Disbursed To Creditor | 306.77 |
| 28-2 | MIDFIRST BANK SSB* | 05/25/2022 | 1234837 | Amounts Disbursed To Creditor | 336.09 |
| 28-2 | MIDFIRST BANK SSB* | 06/27/2022 | 1237864 | Amounts Disbursed To Creditor | 356.69 |
| 28-2 | MIDFIRST BANK SSB* | 07/26/2022 | 1240808 | Amounts Disbursed To Creditor | 507.26 |
| 28-2 | MIDFIRST BANK SSB* | 08/24/2022 | 1243693 | Amounts Disbursed To Creditor | 243.02 |
| 28-2 | MIDFIRST BANK SSB* | 09/27/2022 | 1246560 | Amounts Disbursed To Creditor | 396.85 |
| 28-2 | MIDFIRST BANK SSB* | 10/25/2022 | 1249390 | Amounts Disbursed To Creditor | 395.38 |
| 28-2 | MIDFIRST BANK SSB* | 11/23/2022 | 1252166 | Amounts Disbursed To Creditor | 402.67 |
| 28-2 | MIDFIRST BANK SSB* | 12/22/2022 | 1254926 | Amounts Disbursed To Creditor | 27.32 |
| 28-2 | MIDFIRST BANK SSB* | 01/26/2023 | 1257653 | Amounts Disbursed To Creditor | 494.45 |
| 28-2 | MIDFIRST BANK SSB* | 02/23/2023 | 1260276 | Amounts Disbursed To Creditor | 415.37 |
| 28-2 | MIDFIRST BANK SSB* | 05/25/2023 | 1268722 | Amounts Disbursed To Creditor | 41.34 |
| 28-2 | MIDFIRST BANK SSB* | 09/26/2023 | 1279908 | Amounts Disbursed To Creditor | 384.70 |
| 28-2 | MIDFIRST BANK SSB* | 10/25/2023 | 1282616 | Amounts Disbursed To Creditor | 3,227.33 |
| 28-2 | MIDFIRST BANK SSB* | 11/27/2023 | 1285294 | Amounts Disbursed To Creditor | 481.37 |
| 28-2 | MIDFIRST BANK SSB* | 12/21/2023 | 1287884 | Amounts Disbursed To Creditor | 532.42 |
| 28-2 | MIDFIRST BANK SSB* | 01/26/2024 | 1290563 | Amounts Disbursed To Creditor | 582.79 |
| 28-2 | MIDFIRST BANK SSB* | 02/26/2024 | 1293228 | Amounts Disbursed To Creditor | 635.01 |
| 28-2 | MIDFIRST BANK SSB* | 03/26/2024 | 1295873 | Amounts Disbursed To Creditor | 689.52 |
| 28-2 | MIDFIRST BANK SSB* | 04/25/2024 | 1298523 | Amounts Disbursed To Creditor | 746.82 |
| 28-2 | MIDFIRST BANK SSB* | 05/29/2024 | 1301233 | Amounts Disbursed To Creditor | 807.70 |
| 28-2 | MIDFIRST BANK SSB* | 06/25/2024 | 1303771 | Amounts Disbursed To Creditor | 873.28 |
| 28-2 | MIDFIRST BANK SSB* | 07/25/2024 | 1306368 | Amounts Disbursed To Creditor | 942.77 |
| 28-2 | MIDFIRST BANK SSB* | 08/26/2024 | 1308946 | Amounts Disbursed To Creditor | 627.52 |
| 28-2 | MIDFIRST BANK SSB* | 10/25/2024 | 1314058 | Amounts Disbursed To Creditor | 891.27 |
| 28-2 | MIDFIRST BANK SSB* | 11/25/2024 | 1316625 | Amounts Disbursed To Creditor | 451.59 |
| 28-2 | MIDFIRST BANK SSB* | 12/23/2024 | 1319029 | Amounts Disbursed To Creditor | 451.59 |
| 28-2 | MIDFIRST BANK SSB* | 01/28/2025 | 1321524 | Amounts Disbursed To Creditor | 451.59 |
| 28-2 | MIDFIRST BANK SSB* | 02/25/2025 | 1323954 | Amounts Disbursed To Creditor | 451.59 |
| 28-2 | MIDFIRST BANK SSB* | 03/26/2025 | 1326440 | Amounts Disbursed To Creditor | 451.59 |
| 28-2 | MIDFIRST BANK SSB* | 04/25/2025 | 1328906 | Amounts Disbursed To Creditor | 451.59 |
| 28-2 | MIDFIRST BANK SSB* | 05/23/2025 | 1331327 | Amounts Disbursed To Creditor | 451.59 |
| 28-2 | MIDFIRST BANK SSB* | 06/25/2025 | 1333766 | Amounts Disbursed To Creditor | 451.59 |
| 28-2 | MIDFIRST BANK SSB* | 07/25/2025 | 1336240 | Amounts Disbursed To Creditor | 451.59 |
| 28-2 | MIDFIRST BANK SSB* | 08/26/2025 | 1338653 | Amounts Disbursed To Creditor | 436.00 |
| 28-2 | MIDFIRST BANK SSB* | 09/25/2025 | 1341059 | Amounts Disbursed To Creditor | 436.00 |
| 28-2 | MIDFIRST BANK SSB* | 10/24/2025 | 1343542 | Amounts Disbursed To Creditor | 436.00 |
| 28-2 | MIDFIRST BANK SSB* | 11/21/2025 | 1345841 | Amounts Disbursed To Creditor | 436.00 |
| 28-2 | MIDFIRST BANK SSB* | 12/23/2025 | 1348182 | Amounts Disbursed To Creditor | 1,308.00 |
| | | | | Total for Claim Number 28-2: | 24,484.04 |
| | | | | **Total for Part 4 - a (Postpetition Payments):** | **28,551.78** |

**Certificate of Serivce**

I hereby cerify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

PATRICIA L. STEALS
1009 HAZEL AVE.
AMBRIDGE, PA  15003

LAUREN M LAMB ESQ
STEIDL & STEINBERG PC
436 SEVENTH AVE STE 322
KOPPERS BUILDING
PITTSBURGH, PA  15219

MIDFIRST BANK SSB*
ATTN BANKRUPTCY TRUSTEE PMTS*
999 NW GRAND BLVD STE 100
OKLAHOMA CITY, OK  73118

ALDRIDGE PITE LLP
3333 CAMINO DEL RIO SOUTH STE 225
SAN DIEGO, CA  92108

Dated: 02/02/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee