**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PATRICIA L. STEALS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>     Movant<br>        vs.<br>No Respondents. | Case No.:21-20027<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 27, 2026

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/06/2021 and confirmed on 3/9/21 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 69,220.51 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 69,220.51 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,400.00 | |
|   Trustee Fee | 3,554.93 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,954.93 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST BANK SSB*  Acct: 1795 | 4,067.74 | 4,067.74 | 0.00 | 4,067.74 |
|   MIDFIRST BANK SSB*  Acct: 1795 | 0.00 | 24,484.04 | 0.00 | 24,484.04 |
|   MIDFIRST BANK SSB*  Acct: 1795 | 0.00 | 0.00 | 0.00 | 0.00 |
|   SYNCHRONY BANK  Acct: 2060 | 1,774.11 | 1,774.11 | 438.50 | 2,212.61 |
|   AMERICREDIT FINANCIAL SVCS INC DBA  Acct: 1784 | 20,410.09 | 20,410.09 | 2,433.07 | 22,843.16 |
|   US DEPARTMENT OF HUD**++  Acct: 9038 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 53,607.55 |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   PATRICIA L. STEALS  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   STEIDL & STEINBERG PC  Acct: | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
|   QUANTUM3 GROUP LLC - AGENT FOR CF  Acct: 0429 | 876.26 | 876.26 | 216.55 | 1,092.81 |
|   FIRST FINANCIAL INVESTMENT FUNDS H  Acct: 0293 | 2,251.77 | 2,251.77 | 556.66 | 2,808.43 |
|   BEAVER VALLEY FCU*++  Acct: 2560 | 0.00 | 0.00 | 0.00 | 0.00 |
|   LVNV FUNDING LLC  Acct: 8640 | 3,393.42 | 592.59 | 0.00 | 592.59 |
|   QUANTUM3 GROUP LLC - AGENT FOR CF  Acct: 7940 | 819.26 | 143.07 | 0.00 | 143.07 |
|   CITIBANK NA | 456.76 | 79.76 | 0.00 | 79.76 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 4958 | | | | |
| | COLUMBIA GAS OF PA INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | QUANTUM3 GROUP LLC - AGENT FOR CF | 1,182.55 | 206.51 | 0.00 | 206.51 |
| | Acct: 8417 | | | | |
| | COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5780 | | | | |
| | QUANTUM3 GROUP LLC - AGENT FOR CF | 1,257.12 | 219.53 | 0.00 | 219.53 |
| | Acct: 2632 | | | | |
| | QUANTUM3 GROUP LLC - AGENT FOR CF | 590.91 | 103.19 | 0.00 | 103.19 |
| | Acct: 5584 | | | | |
| | QUANTUM3 GROUP LLC - AGENT FOR CF | 1,505.00 | 262.82 | 0.00 | 262.82 |
| | Acct: 741P | | | | |
| | QUANTUM3 GROUP LLC - AGENT FOR CF | 1,435.50 | 250.68 | 0.00 | 250.68 |
| | Acct: 741A | | | | |
| | CREDIT COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0277 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 1,826.72 | 319.00 | 0.00 | 319.00 |
| | Acct: 3258 | | | | |
| | FIRST BANK & TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0100 | | | | |
| | BANK OF NEW YORK MELLON | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KOHLS | 552.66 | 96.51 | 0.00 | 96.51 |
| | Acct: 0339 | | | | |
| | MIDLAND FUNDING LLC | 1,160.89 | 202.73 | 0.00 | 202.73 |
| | Acct: 4978 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 5,336.65 | 931.94 | 0.00 | 931.94 |
| | Acct: 0375 | | | | |
| | LVNV FUNDING LLC | 1,451.69 | 253.51 | 0.00 | 253.51 |
| | Acct: 6853 | | | | |
| | LVNV FUNDING LLC | 827.06 | 144.43 | 0.00 | 144.43 |
| | Acct: 6466 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 891.88 | 155.75 | 0.00 | 155.75 |
| | Acct: 4517 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6045 | | | | |
| | TARGET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0455 | | | | |
| | TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4092 | | | | |
| | TRI STATE ADJUSTMENTS INC | 267.88 | 46.78 | 0.00 | 46.78 |
| | Acct: 319P | | | | |
| | UNITED CONSUMER FINANCIAL SERV | 1,592.77 | 278.15 | 0.00 | 278.15 |
| | Acct: 2399 | | | | |
| | UPMC HEALTH SERVICES | 308.30 | 53.84 | 0.00 | 53.84 |
| | Acct: 8328 | | | | |
| | UPMC PHYSICIAN SERVICES | 118.30 | 20.66 | 0.00 | 20.66 |
| | Acct: 8328 | | | | |
| | QUANTUM3 GROUP LLC - AGENT FOR CF | 246.35 | 43.02 | 0.00 | 43.02 |
| | Acct: 2997 | | | | |
| | QUANTUM3 GROUP LLC - AGENT FOR CF | 58.49 | 10.21 | 0.00 | 10.21 |
| | Acct: 6546 | | | | |
| | QUANTUM3 GROUP LLC - AGENT FOR CF | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0429 | | | | |
| | NPRTO NORTH-EAST LLC | 1,203.78 | 210.22 | 0.00 | 210.22 |
| | Acct: 7981 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 755.26 | 131.89 | 0.00 | 131.89 |
| | Acct: 9460 | | | | |
| | FIRST FINANCIAL INVESTMENT FUNDS H | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0293 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4978 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TSAROUSHIS LAW GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PATENAUDE AND FELIX APC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRESSLER FELT & WARSHAW LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BASS & ASSOCIATES PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BASS & ASSOCIATES PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 8,658.03 |
| **TOTAL PAID TO CREDITORS** | | | | 62,265.58 |

TOTAL CLAIMED
PRIORITY           0.00
SECURED      26,251.94
UNSECURED    30,367.23

Date: 01/27/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　PATRICIA L. STEALS<br><br>　　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　　Movant<br>　　　vs.<br>　No Repondents. | Case No.:21-20027<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Patricia L. Steals  
    Debtor

Case No. 21-20027-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 5
Date Rcvd: Feb 04, 2026 | Form ID: pdf900 | Total Noticed: 69

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia L. Steals, 1009 Hazel Ave., Ambridge, PA 15003-1722 |
| 15327246 | + | Beaver Valley Fcu, 601 37th Street, Beaver Falls, PA 15010-3441 |
| 15327247 | + | Beaver Valley Fcu, Attn: Bankruptcy, 601-37th St, Beaver Falls, PA 15010-3441 |
| 15327268 | + | Gregg Lawrence Morris, Esq., 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 15344370 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 05 2026 00:29:00 | Americredit Financial Services, Inc. Dba GM Finan, Dba GM Financial, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: bnc@bass-associates.com | Feb 05 2026 00:29:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite #200, Tucson, AZ 85712-1083 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 05 2026 00:35:42 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 05 2026 00:34:41 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bnc@bass-associates.com | Feb 05 2026 00:29:00 | United Consumer Financial Services, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Ste. 200, Tucson, AZ 85712-1083 |
| 15338645 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 05 2026 00:29:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15327245 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 05 2026 00:29:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15327244 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 05 2026 00:29:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15327250 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 05 2026 00:34:41 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15327248 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 05 2026 00:35:40 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15327252 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 05 2026 00:35:07 | Capital One/boscovs, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15327253 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 05 2026 00:35:40 | Capital One/boscovs, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15349089 | + | Email/Text: bankruptcy@cavps.com | | |

Case 21-20027-CMB Doc 85 Filed 02/06/26 Entered 02/07/26 00:32:22 Desc Imaged
Certificate of Notice Page 7 of 10

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 5 |
| Date Rcvd: Feb 04, 2026 | Form ID: pdf900 | Total Noticed: 69 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 05 2026 00:29:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15327254 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 05 2026 00:35:40 | Chase Mortgage, Chase Records Center/Attn: Correspondenc, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203 |
| 15347760 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 05 2026 00:34:47 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15327256 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 05 2026 00:35:49 | Citibank/Goodyear, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15327255 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 05 2026 00:35:21 | Citibank/Goodyear, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15327259 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Feb 05 2026 00:29:00 | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 15327257 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Feb 05 2026 00:29:00 | Commonwealth Financial Systems, 245 Main Street, Scranton, PA 18519-1641 |
| 15327262 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 05 2026 00:30:00 | Credit Collection Services, Attn: Bankruptcy, Po Box 773, Needham, MA 02494-0918 |
| 15327261 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 05 2026 00:30:00 | Credit Collection Services, Po Box 447, Norwood, MA 02062-0447 |
| 15327264 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 05 2026 00:34:42 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15327263 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 05 2026 00:34:42 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15327265 | + | Email/Text: bankruptcies@crownasset.com | Feb 05 2026 00:29:00 | Crown Asset Management, 3100 Breckinridge Boulevard, Suite 725, Duluth, GA 30096-7605 |
| 15327266 | + | Email/Text: dht@pacollections.com | Feb 05 2026 00:29:00 | Demetrios H. Tsarouhis, 21 S. 9th Street, Allentown, PA 18102-4861 |
| 15348899 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 05 2026 00:30:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15342715 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 05 2026 00:29:00 | First Financial Investment Fund Holdings, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15327267 | ^ | MEBN | Feb 05 2026 00:16:52 | First Portfolio Ventures, LLC, 3091 Governors Lake Drive, Norcross, GA 30071-1135 |
| 15327270 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 05 2026 00:35:08 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15327269 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 05 2026 00:35:08 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15335118 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 05 2026 00:35:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15351594 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 05 2026 00:34:40 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15327271 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 05 2026 00:35:08 | Midfirst Bank, 999 NW Grand Blvd., Suite 100, Oklahoma City, OK 73118-6051 |
| 15332648 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 05 2026 00:29:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15327272 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 05 2026 00:29:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15327273 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 05 2026 00:29:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15337904 | + | Email/Text: ecfbankruptcy@progleasing.com | Feb 05 2026 00:29:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 15327274 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 05 2026 00:35:10 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15327275 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 05 2026 00:35:43 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 15346214 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 05 2026 00:34:42 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15327276 | | Email/Text: signed.order@pfwattorneys.com | Feb 05 2026 00:29:00 | Pressler & Pressler, 7 Entin Road, Attn: Matthew Joseph Martello, Esquire, Parsippany, NJ 07054 |
| 15327277 | | Email/Text: signed.order@pfwattorneys.com | Feb 05 2026 00:29:00 | Pressler & Pressler, 7 Entin Road, Attn: Michael Robert Lapinski, Esquire, Parsippany, NJ 07054 |
| 15333121 | | Email/Text: bnc-quantum@quantum3group.com | Feb 05 2026 00:29:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15333020 | | Email/Text: bnc-quantum@quantum3group.com | Feb 05 2026 00:29:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15327280 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 05 2026 00:34:43 | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 15327278 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 05 2026 00:34:43 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15327629 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 05 2026 00:35:20 | Synchrony Bank, by AIS InfoSource as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15327283 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 05 2026 00:34:40 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15327282 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 05 2026 00:35:40 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 15327285 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 05 2026 00:35:39 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15327284 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 05 2026 00:34:41 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15327287 | + | Email/Text: bncmail@w-legal.com | Feb 05 2026 00:29:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15327286 | + | Email/Text: bncmail@w-legal.com | Feb 05 2026 00:29:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15327289 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 05 2026 00:30:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15327288 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 05 2026 00:30:00 | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 15334048 | + | Email/Text: rhonda@wecollectmore.com | Feb 05 2026 00:29:00 | Tri State Adjustments, Inc., dba Express Medical Pharmacy Services, PO Box 3219, La Crosse WI 54602-3219 |
| 15327291 | + | Email/Text: rhonda@wecollectmore.com | Feb 05 2026 00:29:00 | Tri-State Adjustments, 3439 East Avenue South, Po Box 3219, La Crosse, WI 54602-3219 |
| 15327290 | + | Email/Text: rhonda@wecollectmore.com | Feb 05 2026 00:29:00 | Tri-State Adjustments, 3439 East Ave So., La Crosse, WI 54601-7241 |
| 15338160 | | Email/Text: BNCnotices@dcmservices.com | Feb 05 2026 00:29:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15338137 | | Email/Text: BNCnotices@dcmservices.com | Feb 05 2026 00:29:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15329285 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 04, 2026 | Form ID: pdf900 | Total Noticed: 69 |

| | | | Feb 05 2026 00:35:08 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107-3380 |
|---|---|---|---|---|
| 15327292 | + | Email/Text: EBankruptcy@UCFS.NET | Feb 05 2026 00:30:00 | United Consumer Financial Services, 865 Bassett, Westlake, OH 44145-1194 |
| 15327293 | + | Email/Text: EBankruptcy@UCFS.NET | Feb 05 2026 00:30:00 | United Consumer Financial Services, Attn: Bankruptcy, 865 Bassett Road, Westlake, OH 44145-1194 |
| 15350483 | + | Email/Text: bnc@bass-associates.com | Feb 05 2026 00:29:00 | United Consumer Financial Services, Bass & Associates, P.C., 3936 E. Ft. Lowell Suite 200, Tucson, AZ 85712-1083 |

TOTAL: 64

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15345778 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15327251 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15327249 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15327260 | *+ | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 15327258 | *+ | Commonwealth Financial Systems, 245 Main Street, Scranton, PA 18519-1641 |
| 15327281 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 15327279 | * | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15342681 | *+ | Synchrony Bank, by AIS InfoSource as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lauren M. Lamb | |
| | on behalf of Debtor Patricia L. Steals julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; |

District/off: 0315-2 | User: auto | Page 5 of 5
Date Rcvd: Feb 04, 2026 | Form ID: pdf900 | Total Noticed: 69

    rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Maria Miksich
    on behalf of Creditor MIDFIRST BANK mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6