**Fill in this information to identify the case:**

Debtor 1        Patricia L. Steals

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: _UNDERLINE_WESTERN_ District of _Pennsylvania_
(State)

Case number   21-20027 CMB

---

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served.  Rule 3002.1(g)(3).**

## Part 1:   Mortgage Information

| | |
|---|---|
| **Name of claim holder:**    **MIDFIRST BANK** | **Court claim no**. (if known): |
| | 28 |

**Last 4 digits** of any number you use to identify the debtor's account: 1795

**Property address:**          **1009 Hazel Avenue**
                              Number        Street
                              **Ambridge    PA 15003**
                              City                    State        ZIP Code

## Part 2:   Arrearages

The total amount received to cure any arrearages as of the date of this response:     $ 26,551.78                .

*Check all that apply:*

☒    The amount required to cure any prepetition arrearage has been paid in full.

☐    The amount required to cure the prepetition arrearage has not been paid in full.  Amount of prepetition arrearage remaining unpaid
as of the date of this response:      $ _____ .

☒    The amount required to cure any postpetition arrearage has been paid in full.

☐    The amount required to cure the postpetition arrearage has not been paid in full.  Amount of postpetition arrearage remaining
     unpaid as of the date of this response:      $ _____ .

**Part 3:**     **Postpetition Payments**

(a) *Check all that apply:*

☒    The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐    The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: __/__/__.

☐    The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

     i.    Date last payment was received on the mortgage:          01 / 06 / 2026

     ii.    Date next postpetition payment from the debtor is due:          04 / 01 / 2026

     iii.    Amount of the next postpetition payment that is due:      $ 436.00

     iv.   Unpaid principal balance of the loan:      $ 41,285.10

     v.    Additional amounts due for any deferred or accrued interest:      $ 0.00

     vi.   Balance of the escrow account:      $ 1,376.77

     vii.   Balance of unapplied funds or funds held in a suspense account:      $ 1,563.05

     viii.   Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid:      $ 0.00

**Part 4**     **Itemized Payment History**

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

| Part 5: | Sign Here |
|---------|-----------|

The person completing this response must sign it. Check the appropriate box:

☐   I am the claim holder.

☒   I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Denise Carlon    Date February 23, 2026

Signature

Name    Denise Carlon
First name          Middle name          Last name

Title    Attorney for Secured Creditor

Company    KML Law Group, P.C.
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    701 Market Street, Suite, 5000
Number          Street

Philadelphia                          PA          19196

City                          State          ZIP Code

Contact phone    (215) 627-1322                    Email bkgroup@kmllawgroup.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: Patricia L. Steals** | | **BK NO. 21-20027 CMB** |
| | **Debtor(s)** | |
| | | **Chapter 13** |
| **MIDFIRST BANK** | | |
| | **Movant** | **Related to Claim No. 28** |
| **vs.** | | |
| **Patricia L. Steals** | | |
| | **Debtor(s)** | |
| **Ronda J. Winnecour**, | | |
| | **Trustee** | |

## CERTIFICATE OF SERVICE
## RESPONSE TO TRUSTEE NOTICE OF DISBURSEMENTS MADE

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>February 24, 2026</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below

<u>Debtor(s)</u>
Patricia L. Steals
1009 Hazel Avenue
Ambridge, PA 15003

Attorney for Debtor(s) (via ECF)
Lauren M. Lamb, Esq.
707 Grant Street, Suite 2830
Gulf Building
Pittsburg, PA 15219

Trustee (via ECF)
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first-class mail

Dated: <u>February 24, 2026</u>

**/s/ Denise Carlon**
Denise Carlon, Esquire
Attorney I.D. 317226
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
dcarlon@kmllawgroup.com

**PAYOFF FUNDS PANEL**                          ▮▮▮▮▮   2/18/2026   1:50:15 PM ET   ▮▮▮▮▮

Account Number ▮▮▮▮▮   Name PATRICIA L STEALS

**Funds Detail Information**

| | | **Escrow/Impound Required** | |
|---|---|---|---|
| Principal | 41285.10 | 03/01/26  TAXES | 510.79 |
| Interest  From          00/00/00 | | | |
| To          03/01/26 | 0.00 | | |
| Prepayment Penalty Interest | 0.00 | | |
| Advance For Taxes/Insur: | 510.79 | | |
| FHA Premium Due HUD | 0.00 | | |
| Optional Insurance | 0.00 | | |
| Late Charges Due | 0.00 | **Interest Calculations** | |
| Mortgage Balance Due: | 41795.89 | Rate    From    To/Thru    Int Due | |
| P&I Advance | 0.00 | | |
| Deferred Amounts | 0.00 | | |
| Fees Assessed with Payoff Quote | 0.00 | | |
| Total MRA Funds Due | 0.00 | | |

### Interest Calculations

| | | **Per Diem/Expiration Information** | |
|---|---|---|---|
| Fees Required with Payoff Funds | 63.75 | After 02/17/26        Add         0.00 | |
| Fees Currently Assessed | 0.00 | | |
| Buyer Assistance | 0.00 | Quote Expires            02/18/26 | |

### Funds to be Credited

| | | | |
|---|---|---|---|
| Less Escrow/Impound Funds | 510.79 | Financed Cov Rebate Good Until  00/00/00 | |
| Less Unapplied Funds | 1563.05 | After 02/17/26        Add         0.0000 | |
| Less Buydown Funds | 0.00 | FOR SIMPLE INSURANCE PER DAY | |
| Less Financed Cov Rebate Funds | 0.00 | | |
| Less SAC Amounts Paid | 0.00 | | |
| Less Remaining PRA | 0.00 | | |
| Less Early Refunds | 0.00 | | |
| Total Balance Due: | 39785.80 | | |

### Funds Retained

| | |
|---|---|
| Escrow/Impound Funds | 865.98 |
| Unapplied Funds | 0.00 |
| Buydown Funds | 0.00 |

Message:   CLICK RETURN TO EXIT                          OK