**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Patricia L. Steals | Social Security number or ITIN   xxx–xx–8328 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   21–20027–CMB

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Patricia L. Steals

4/3/26

**By the court:** <u>Carlota M Bohm</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 21-20027-CMB |
|---|---|
| Patricia L. Steals | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Apr 03, 2026 | Form ID: 3180W | Total Noticed: 71 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia L. Steals, 1009 Hazel Ave., Ambridge, PA 15003-1722 |
| 15327246 | + | Beaver Valley Fcu, 601 37th Street, Beaver Falls, PA 15010-3441 |
| 15327247 | + | Beaver Valley Fcu, Attn: Bankruptcy, 601-37th St, Beaver Falls, PA 15010-3441 |
| 15327268 | + | Gregg Lawrence Morris, Esq., 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 15344370 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 04 2026 03:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 04 2026 03:41:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PHINAMERI.COM | Apr 04 2026 03:41:00 | Americredit Financial Services, Inc. Dba GM Finan, Dba GM Financial, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | EDI: BASSASSOC.COM | Apr 04 2026 03:41:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite #200, Tucson, AZ 85712-1083 |
| cr | + | EDI: PRA.COM | Apr 04 2026 03:41:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | EDI: AISACG.COM | Apr 04 2026 03:41:00 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: BASSASSOC.COM | Apr 04 2026 03:41:00 | United Consumer Financial Services, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Ste. 200, Tucson, AZ 85712-1083 |
| 15338645 | | EDI: PHINAMERI.COM | Apr 04 2026 03:41:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15327245 | + | EDI: PHINAMERI.COM | Apr 04 2026 03:41:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15327244 | + | EDI: PHINAMERI.COM | Apr 04 2026 03:41:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15327250 | + | EDI: CAPITALONE.COM | Apr 04 2026 03:41:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15327248 | + | EDI: CAPITALONE.COM | | |

District/off: 0315-2                          User: auto                                    Page 2 of 5

Date Rcvd: Apr 03, 2026                       Form ID: 3180W                                Total Noticed: 71

| | | | |
|---|---|---|---|
| | | Apr 04 2026 03:41:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15327252 | + EDI: CAPITALONE.COM | | |
| | | Apr 04 2026 03:41:00 | Capital One/boscovs, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15327253 | + EDI: CAPITALONE.COM | | |
| | | Apr 04 2026 03:41:00 | Capital One/boscovs, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15349089 | + Email/Text: bankruptcy@cavps.com | | |
| | | Apr 03 2026 23:49:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15327254 | EDI: JPMORGANCHASE | | |
| | | Apr 04 2026 03:41:00 | Chase Mortgage, Chase Records Center/Attn: Correspondenc, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203 |
| 15347760 | EDI: CITICORP | | |
| | | Apr 04 2026 03:41:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15327256 | + EDI: CITICORP | | |
| | | Apr 04 2026 03:41:00 | Citibank/Goodyear, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15327255 | + EDI: CITICORP | | |
| | | Apr 04 2026 03:41:00 | Citibank/Goodyear, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15327259 | + Email/Text: commonwealth@ebn.phinsolutions.com | | |
| | | Apr 03 2026 23:48:00 | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 15327257 | + Email/Text: commonwealth@ebn.phinsolutions.com | | |
| | | Apr 03 2026 23:48:00 | Commonwealth Financial Systems, 245 Main Street, Scranton, PA 18519-1641 |
| 15327262 | + EDI: CCS.COM | | |
| | | Apr 04 2026 03:41:00 | Credit Collection Services, Attn: Bankruptcy, Po Box 773, Needham, MA 02494-0918 |
| 15327261 | + EDI: CCS.COM | | |
| | | Apr 04 2026 03:41:00 | Credit Collection Services, Po Box 447, Norwood, MA 02062-0447 |
| 15327264 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Apr 03 2026 23:50:56 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15327263 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Apr 03 2026 23:51:01 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15327265 | + Email/Text: bankruptcies@crownasset.com | | |
| | | Apr 03 2026 23:48:00 | Crown Asset Management, 3100 Breckinridge Boulevard, Suite 725, Duluth, GA 30096-7605 |
| 15327266 | + Email/Text: dht@pacollections.com | | |
| | | Apr 03 2026 23:48:00 | Demetrios H. Tsarouhis, 21 S. 9th Street, Allentown, PA 18102-4861 |
| 15348899 | + Email/Text: kburkley@bernsteinlaw.com | | |
| | | Apr 03 2026 23:49:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15342715 | + EDI: JEFFERSONCAP.COM | | |
| | | Apr 04 2026 03:41:00 | First Financial Investment Fund Holdings, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15327267 | ^ MEBN | | |
| | | Apr 03 2026 23:43:21 | First Portfolio Ventures, LLC, 3091 Governors Lake Drive, Norcross, GA 30071-1135 |
| 15327270 | + EDI: CAPITALONE.COM | | |
| | | Apr 04 2026 03:41:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15327269 | + EDI: CAPITALONE.COM | | |
| | | Apr 04 2026 03:41:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15335118 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Apr 03 2026 23:50:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15351594 | + EDI: AISMIDFIRST | | |
| | | Apr 04 2026 03:41:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15327271 | + EDI: AISMIDFIRST | | |
| | | Apr 04 2026 03:41:00 | Midfirst Bank, 999 NW Grand Blvd., Suite 100, Oklahoma City, OK 73118-6051 |

| ID | Method | Date | Recipient |
|---|---|---|---|
| 15332648 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 03 2026 23:48:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15327272 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 03 2026 23:48:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15327273 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 03 2026 23:48:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15337904 | + Email/Text: ecfbankruptcy@progleasing.com | Apr 03 2026 23:48:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 15327274 | EDI: PRA.COM | Apr 04 2026 03:41:00 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15327275 | EDI: PRA.COM | Apr 04 2026 03:41:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 15346214 | EDI: PRA.COM | Apr 04 2026 03:41:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15327276 | Email/Text: signed.order@pfwattorneys.com | Apr 03 2026 23:48:00 | Pressler & Pressler, 7 Entin Road, Attn: Matthew Joseph Martello, Esquire, Parsippany, NJ 07054 |
| 15327277 | Email/Text: signed.order@pfwattorneys.com | Apr 03 2026 23:48:00 | Pressler & Pressler, 7 Entin Road, Attn: Michael Robert Lapinski, Esquire, Parsippany, NJ 07054 |
| 15333121 | EDI: Q3G.COM | Apr 04 2026 03:41:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15333020 | EDI: Q3G.COM | Apr 04 2026 03:41:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15327280 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 03 2026 23:50:57 | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 15327278 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 03 2026 23:50:56 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15327629 | + EDI: AIS.COM | Apr 04 2026 03:41:00 | Synchrony Bank, by AIS InfoSource as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15327283 | + EDI: SYNC | Apr 04 2026 03:41:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15327282 | + EDI: SYNC | Apr 04 2026 03:41:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 15327285 | + EDI: SYNC | Apr 04 2026 03:41:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15327284 | + EDI: SYNC | Apr 04 2026 03:41:00 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15327287 | + EDI: WTRRNBANK.COM | Apr 04 2026 03:41:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15327286 | + EDI: WTRRNBANK.COM | Apr 04 2026 03:41:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15327289 | + Email/Text: bankruptcydepartment@tsico.com | Apr 03 2026 23:49:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15327288 | + Email/Text: bankruptcydepartment@tsico.com | Apr 03 2026 23:49:00 | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 15334048 | + Email/Text: rhonda@wecollectmore.com | Apr 03 2026 23:48:00 | Tri State Adjustments, Inc., dba Express Medical Pharmacy Services, PO Box 3219, La Crosse WI 54602-3219 |
| 15327291 | + Email/Text: rhonda@wecollectmore.com | Apr 03 2026 23:48:00 | Tri-State Adjustments, 3439 East Avenue South, Po Box 3219, La Crosse, WI 54602-3219 |
| 15327290 | + Email/Text: rhonda@wecollectmore.com | | |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 03, 2026 | Form ID: 3180W | Total Noticed: 71 |

| | | Apr 03 2026 23:48:00 | Tri-State Adjustments, 3439 East Ave So., La Crosse, WI 54601-7241 |
|---|---|---|---|
| 15338160 | Email/Text: BNCnotices@dcmservices.com | Apr 03 2026 23:48:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15338137 | Email/Text: BNCnotices@dcmservices.com | Apr 03 2026 23:48:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15329285 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 03 2026 23:50:55 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107-3380 |
| 15327292 | + Email/Text: EBankruptcy@UCFS.NET | Apr 03 2026 23:49:00 | United Consumer Financial Services, 865 Bassett, Westlake, OH 44145-1194 |
| 15327293 | + Email/Text: EBankruptcy@UCFS.NET | Apr 03 2026 23:49:00 | United Consumer Financial Services, Attn: Bankruptcy, 865 Bassett Road, Westlake, OH 44145-1194 |
| 15350483 | + EDI: BASSASSOC.COM | Apr 04 2026 03:41:00 | United Consumer Financial Services, Bass & Associates, P.C., 3936 E. Ft. Lowell Suite 200, Tucson, AZ 85712-1083 |

TOTAL: 66

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15345778 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15327251 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15327249 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15327260 | *+ | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 15327258 | *+ | Commonwealth Financial Systems, 245 Main Street, Scranton, PA 18519-1641 |
| 15327281 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 15327279 | * | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15342681 | *+ | Synchrony Bank, by AIS InfoSource as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |

District/off: 0315-2                              User: auto                                    Page 5 of 5
Date Rcvd: Apr 03, 2026                          Form ID: 3180W                                Total Noticed: 71

<div style="margin-left:2em">

on behalf of Creditor MIDFIRST BANK denise.carlon@mccalla.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Lauren M. Lamb

on behalf of Debtor Patricia L. Steals
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Maria Miksich

on behalf of Creditor MIDFIRST BANK mmiksich@kmllawgroup.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

</div>

TOTAL: 6