### IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    PATRICIA L. STEALS

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:21-20027

Chapter 13

Document No.: 79

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this ____3rd____ day of ____April____, 20 26 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
4/3/26 9:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_  **dmr**
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 21-20027-CMB

Patricia L. Steals                                                              Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                     User: auto                          Page 1 of 5

Date Rcvd: Apr 03, 2026                  Form ID: pdf900                      Total Noticed: 69

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia L. Steals, 1009 Hazel Ave., Ambridge, PA 15003-1722 |
| 15327246 | + | Beaver Valley Fcu, 601 37th Street, Beaver Falls, PA 15010-3441 |
| 15327247 | + | Beaver Valley Fcu, Attn: Bankruptcy, 601-37th St, Beaver Falls, PA 15010-3441 |
| 15327268 | + | Gregg Lawrence Morris, Esq., 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 15344370 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 03 2026 23:48:00 | Americredit Financial Services, Inc. Dba GM Finan, Dba GM Financial, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: bnc@bass-associates.com | Apr 03 2026 23:48:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite #200, Tucson, AZ 85712-1083 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 03 2026 23:51:01 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 03 2026 23:50:56 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bnc@bass-associates.com | Apr 03 2026 23:48:00 | United Consumer Financial Services, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Ste. 200, Tucson, AZ 85712-1083 |
| 15338645 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 03 2026 23:48:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15327245 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 03 2026 23:48:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15327244 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 03 2026 23:48:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15327250 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 03 2026 23:50:55 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15327248 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 03 2026 23:51:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15327252 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 03 2026 23:50:55 | Capital One/boscovs, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15327253 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 03 2026 23:50:55 | Capital One/boscovs, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15349089 | + | Email/Text: bankruptcy@cavps.com | | |

| | | |
|---|---|---|
| | Apr 03 2026 23:49:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15327254 | Email/PDF: ais.chase.ebn@aisinfo.com | |
| | Apr 03 2026 23:51:08 | Chase Mortgage, Chase Records Center/Attn: Correspondenc, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203 |
| 15347760 | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | Apr 03 2026 23:51:08 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15327256 + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | Apr 03 2026 23:50:57 | Citibank/Goodyear, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15327255 + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | Apr 03 2026 23:51:02 | Citibank/Goodyear, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15327259 + | Email/Text: commonwealth@ebn.phinsolutions.com | |
| | Apr 03 2026 23:48:00 | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 15327257 + | Email/Text: commonwealth@ebn.phinsolutions.com | |
| | Apr 03 2026 23:48:00 | Commonwealth Financial Systems, 245 Main Street, Scranton, PA 18519-1641 |
| 15327262 + | Email/Text: bankruptcy_notifications@ccsusa.com | |
| | Apr 03 2026 23:49:00 | Credit Collection Services, Attn: Bankruptcy, Po Box 773, Needham, MA 02494-0918 |
| 15327261 + | Email/Text: bankruptcy_notifications@ccsusa.com | |
| | Apr 03 2026 23:49:00 | Credit Collection Services, Po Box 447, Norwood, MA 02062-0447 |
| 15327264 + | Email/PDF: creditonebknotifications@resurgent.com | |
| | Apr 03 2026 23:51:07 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15327263 + | Email/PDF: creditonebknotifications@resurgent.com | |
| | Apr 03 2026 23:51:02 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15327265 + | Email/Text: bankruptcies@crownasset.com | |
| | Apr 03 2026 23:48:00 | Crown Asset Management, 3100 Breckinridge Boulevard, Suite 725, Duluth, GA 30096-7605 |
| 15327266 + | Email/Text: dht@pacollections.com | |
| | Apr 03 2026 23:48:00 | Demetrios H. Tsarouhis, 21 S. 9th Street, Allentown, PA 18102-4861 |
| 15348899 + | Email/Text: kburkley@bernsteinlaw.com | |
| | Apr 03 2026 23:49:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15342715 + | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | Apr 03 2026 23:48:00 | First Financial Investment Fund Holdings, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15327267 ^ | MEBN | |
| | Apr 03 2026 23:43:21 | First Portfolio Ventures, LLC, 3091 Governors Lake Drive, Norcross, GA 30071-1135 |
| 15327270 + | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | Apr 03 2026 23:51:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15327269 + | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | Apr 03 2026 23:51:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15335118 | Email/PDF: resurgentbknotifications@resurgent.com | |
| | Apr 03 2026 23:51:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15351594 + | Email/PDF: ais.midfirst.ebn@aisinfo.com | |
| | Apr 03 2026 23:50:55 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15327271 + | Email/PDF: ais.midfirst.ebn@aisinfo.com | |
| | Apr 03 2026 23:51:05 | Midfirst Bank, 999 NW Grand Blvd., Suite 100, Oklahoma City, OK 73118-6051 |
| 15332648 + | Email/Text: bankruptcydpt@mcmcg.com | |
| | Apr 03 2026 23:48:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15327272 + | Email/Text: bankruptcydpt@mcmcg.com | |
| | Apr 03 2026 23:48:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15327273 + | Email/Text: bankruptcydpt@mcmcg.com | |
| | Apr 03 2026 23:48:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |

| 15337904 | + Email/Text: ecfbankruptcy@progleasing.com | | |
| | | Apr 03 2026 23:48:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 15327274 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Apr 03 2026 23:51:07 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15327275 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Apr 03 2026 23:51:01 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 15346214 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Apr 03 2026 23:50:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15327276 | Email/Text: signed.order@pfwattorneys.com | | |
| | | Apr 03 2026 23:48:00 | Pressler & Pressler, 7 Entin Road, Attn: Matthew Joseph Martello, Esquire, Parsippany, NJ 07054 |
| 15327277 | Email/Text: signed.order@pfwattorneys.com | | |
| | | Apr 03 2026 23:48:00 | Pressler & Pressler, 7 Entin Road, Attn: Michael Robert Lapinski, Esquire, Parsippany, NJ 07054 |
| 15333121 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Apr 03 2026 23:48:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15333020 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Apr 03 2026 23:48:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15327280 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Apr 03 2026 23:50:57 | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 15327278 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Apr 03 2026 23:51:07 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15327629 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Apr 03 2026 23:51:02 | Synchrony Bank, by AIS InfoSource as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15327283 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Apr 03 2026 23:51:05 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15327282 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Apr 03 2026 23:50:54 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 15327285 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Apr 03 2026 23:50:54 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15327284 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Apr 03 2026 23:51:05 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15327287 | + Email/Text: bncmail@w-legal.com | | |
| | | Apr 03 2026 23:48:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15327286 | + Email/Text: bncmail@w-legal.com | | |
| | | Apr 03 2026 23:48:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15327289 | + Email/Text: bankruptcydepartment@tsico.com | | |
| | | Apr 03 2026 23:49:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15327288 | + Email/Text: bankruptcydepartment@tsico.com | | |
| | | Apr 03 2026 23:49:00 | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 15334048 | + Email/Text: rhonda@wecollectmore.com | | |
| | | Apr 03 2026 23:48:00 | Tri State Adjustments, Inc., dba Express Medical Pharmacy Services, PO Box 3219, La Crosse WI 54602-3219 |
| 15327291 | + Email/Text: rhonda@wecollectmore.com | | |
| | | Apr 03 2026 23:48:00 | Tri-State Adjustments, 3439 East Avenue South, Po Box 3219, La Crosse, WI 54602-3219 |
| 15327290 | + Email/Text: rhonda@wecollectmore.com | | |
| | | Apr 03 2026 23:48:00 | Tri-State Adjustments, 3439 East Ave So., La Crosse, WI 54601-7241 |
| 15338160 | Email/Text: BNCnotices@dcmservices.com | | |
| | | Apr 03 2026 23:48:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15338137 | Email/Text: BNCnotices@dcmservices.com | | |
| | | Apr 03 2026 23:48:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15329285 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |

| | | | |
|---|---|---|---|
| | | Apr 03 2026 23:50:55 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107-3380 |
| 15327292 | + Email/Text: EBankruptcy@UCFS.NET | Apr 03 2026 23:49:00 | United Consumer Financial Services, 865 Bassett, Westlake, OH 44145-1194 |
| 15327293 | + Email/Text: EBankruptcy@UCFS.NET | Apr 03 2026 23:49:00 | United Consumer Financial Services, Attn: Bankruptcy, 865 Bassett Road, Westlake, OH 44145-1194 |
| 15350483 | + Email/Text: bnc@bass-associates.com | Apr 03 2026 23:48:00 | United Consumer Financial Services, Bass & Associates, P.C., 3936 E. Ft. Lowell Suite 200, Tucson, AZ 85712-1083 |

TOTAL: 64

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15345778 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15327251 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15327249 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15327260 | *+ | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 15327258 | *+ | Commonwealth Financial Systems, 245 Main Street, Scranton, PA 18519-1641 |
| 15327281 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 15327279 | * | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15342681 | *+ | Synchrony Bank, by AIS InfoSource as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor MIDFIRST BANK denise.carlon@mccalla.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |
| Lauren M. Lamb | on behalf of Debtor Patricia L. Steals julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |

District/off: 0315-2                              User: auto                                  Page 5 of 5

Date Rcvd: Apr 03, 2026                          Form ID: pdf900                             Total Noticed: 69

Maria Miksich
                    on behalf of Creditor MIDFIRST BANK mmiksich@kmllawgroup.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com


TOTAL: 6