# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Patricia L. Steals**<br>　　　　Debtor<br><br>**MIDFIRST BANK**<br>　　　　Movant<br>　　vs.<br><br>**Patricia L. Steals**<br>　　　　Debtor<br><br>**Ronda J. Winnecour**<br>　　　　Trustee | **BK NO. 21-20027 CMB**<br><br>**Chapter 13**<br><br>**Related to Claim No. 28** |

## CERTIFICATE OF SERVICE
## NOTICE OF PAYMENT CHANGE

I, Brian C. Nicholas, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on July 5, 2022, I caused to be served the above captioned pleading on the parties at the addresses shown below in the manner indicated:

Debtor
Patricia L. Steals
1009 Hazel Avenue
Ambridge, PA 15003
VIA Regular Mail

Attorney for Debtor
Lauren M. Lamb Esq.
707 Grant Street, Suite 2830
Gulf Building
Pittsburgh, PA 15219
VIA ECF

Trustee
Ronda J. Winnecour, Esq.
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
VIA ECF

Method of Service:  Electronic means or first class mail.

Dated: July 5, 2022

　　　　　　　　　　　　　　　　　　　**/s/Brian C. Nicholas, Esquire**
　　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　　　Attorney I.D. 317240
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　201-549-5366
　　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com